UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

Kenneth W Goshorn

                Defendant.

---

Case No.: 24 MJ 01753 (KPB)

**ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Kim P. Berg,
United States Magistrate Judge

Dated: 18th day of October, 2024
White Plains, New York